(May 20, 1983)

■ In the Matter of MICHAEL A. OLIVERAS et al., Appellants, v MATTEO LUMETTA et al., Constituting the Board of Elections of the City of New York, Respondents, and YOLANDA RIVERA, Respondent-Respondent. YOLANDA RIVERA, Respondent, and MATTEO LUMETTA et al., Constituting the Board of Elections of the City of New York, Respondents, v MICHAËL A. OLIVERAS et al., Appellants. — Judgment, Supreme Court, Bronx County (Dorothy Kent, J.), entered on May 18, 1983, affirmed, without costs and without disbursements. Concur — Sandler, J. P., Bloom, Fein and Alexander, JJ.

Silverman, J., dissents in a memorandum as follows: I would reverse and invalidate the nomination. The subscribing witness' attestations on Sheets Nos. 69 and 79 are internally inconsistent to the point of invalidating the sheets; either the date of the attestations or the number of signatures attested to must be false.

■ In the Matter of YOLANDA RIVERA, Respondent, and MATTEO LUMETTA et al., Constituting the Board of Elections of the City of New York, Respondents, v CESAR NIEVES et al., Appellants. CESAR NIEVES et al., Appellants, v MATTEO LUMETTA et al., Constituting the Board of Elections of the City of New York, Respondents, and YOLANDA RIVERA, Respondent-Respondent. — Judgment, Supreme Court, Bronx County (Dorothy Kent, J.), entered on May 18, 1983, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Silverman, Bloom, Fein and Alexander, JJ.